UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Nicole Williams
                                    Plaintiff,
v.                                                    Case No.: 1:17−cv−03539
                                                      Honorable Charles P. Kocoras
First Acceptance Corporation
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 29, 2017:

    MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Stipulation to Dismiss With Prejudice filed on 11/27/2017 [27], this case is dismissed. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.